UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cr-00285-SEB-DLP |
| | ) | |
| JEFFREY BURKE, | ) -01 | |
| | ) | |
| Defendant. | ) | |

**The Honorable Sarah Evans Barker, Judge**
**Entry for January 5, 2022**

On this date, Defendant appeared in person, together with retained counsel Michael A. Jarard, and the Government appeared by AUSA Tiffany J. Preston, along with investigative agents Glenn Carlson and Timothy Kempf for a change of plea and sentencing hearing. La Tia Dowdell appeared on behalf of the United States Probation Office. The hearing was reported by Court Reporter, Jean Knepley.

- The Defendant was advised of his rights and the possible penalties.

- The Court accepted the parties' Stipulated Factual Basis as an adequate basis for the plea.

- Defendant pleaded guilty to Count 1 of the Indictment.

- The Court accepted Defendant's guilty plea and Defendant was adjudged guilty of Count 1 of the Indictment.

- The Court addressed and ruled on Defendant's objections to the Pre-Sentence Report.

- The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

- Sentence was imposed as stated on the record, including:

      Incarceration: 6 months
      Supervised Release: 2.5 years
      Fine: $0.00
      Restitution: $245,000.00
      Special Assessment: $100.00.

- The Defendant was advised of his right to appeal.

- The Government moved to dismiss Counts 2 & 3.

- Defendant remains out of custody on the previously ordered conditions of release.

- The Judgment is forthcoming.

- The proceedings were adjourned.

Distribution:

Michael A. Jarard
Jarard Law Group , LLC
majarard@jarardtriallawyers.com

Tiffany Jacqueline Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
tiffany.preston@usdoj.gov